1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JAVIER AVELINO CONTRERAS,     Case No. CV 14-09301 AFM

12 |                  Plaintiff,

13 |                                           **JUDGMENT**

14 |       v.

CAROLYN W. COLVIN, Acting
15 | Commissioner of Social Security,

16 |                  Defendant.

17

18          In accordance with the Order Reversing Decision of Commissioner and

19 | Remanding for Further Administrative Proceedings filed concurrently herewith,

20          IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

21 | of Social Security is reversed and the matter is remanded to the Commissioner for

22 | further proceedings consistent with the Order.

23

24 | DATED:  September 24, 2015

25

26 | _____
    ALEXANDER F. MacKINNON
27 | UNITED STATES MAGISTRATE JUDGE

28