1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Javier Avelino Contreras
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | JAVIER AVELINO CONTRERAS, | ) Case No.: 2:14-cv-09301-AFM
11 |                            | )
   |         Plaintiff,         | ) [PROPOSED] ORDER AWARDING
12 |                            | ) EQUAL ACCESS TO JUSTICE ACT
   |         vs.                | ) ATTORNEY FEES AND EXPENSES
13 | CAROLYN W. COLVIN, Acting  | ) PURSUANT TO 28 U.S.C. § 2412(d)
   | Commissioner of Social Security, | )
14 |                            | )
15 |         Defendant          | )
16 |                            | )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,800.00 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21

22 DATE: 1/19/2016            *[signature]*

23                            _____
                              ALEXANDER F. MACKINNON
24                            UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 Respectfully submitted,

2 LAW OFFICES OF Lawrence D. Rohlfing

3 /s/ *Steven G. Rosales*
 _____
4 Steven G. Rosales
Attorney for plaintiff Javier Avelino Contreras

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26